

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00470-CV

| | | |
|---|---|---|
| City of Carrollton | § | From the 431st District Court |
| | § | of Denton County |
| v. | § | (2010-40236-362) |
| | § | December 31, 2014 |
| Fred Loya Insurance Company | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court.

It is further ordered that Appellee Fred Loya Insurance Company shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot